Order Form (01/2005)

**18CR 759**

# United States District Court, Northern District of Illinois

MAGISTRATE JUDGE WEISMAN

| Name of Assigned Judge or Magistrate Judge | **JUDGE PALLMEYER** | Sitting Judge if Other than Assigned Judge | Jeffrey Gilbert |
|---|---|---|---|
| **CASE NUMBER** | 17-GJ-00095 | **DATE** | NOVEMBER 07, 2018 |
| **CASE TITLE** | U.S. v. FEROZ AHMED AKBAR | | |

**DOCKET ENTRY TEXT**

<u>Grand Jury Proceeding</u>

The Grand Jury for ___SPECIAL AUGUST 2017___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142.

**FILED**

NOV 07 2018 LA

**THOMAS G BRUTON
CLERK, U.S DISTRICT COURT**

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                  UNDER SEAL)

Courtroom Deputy Initials: 

Page 1 of 1